1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| | |
|---|---|
| HAROLD S. CAREY, | ) Case No. CV 11-5780 VAP (JCG) |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| KATHLEEN ALLISON, Warden, | ) |
| Respondent. | ) |

17      IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH**

18  **PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and

19  Recommendation.

20
21
22  DATED: November 13, 2013__

23  _____

24                HON. VIRGINIA A. PHILLIPS
25                UNITED STATES DISTRICT JUDGE

26
27
28